[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-14178

Non-Argument Calendar

_____

MARK T. STINSON,

Plaintiff-Appellant,

*versus*

JOHN P. YATES,
Warden,
BLAIR,
Camp Unit Manager,
RANDLE,
Lt.,
RENDON,
Camp Counsel,
CRAWFORD,

2                    Opinion of the Court                    23-14178

Officer,

Defendants-Appellees.

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-24750-RAR

———————————————

Before NEWSOM, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

Mark Stinson appeals from the district court's order transferring his case to the Eastern District of Arkansas, but that order is not appealable.  *See* 28 U.S.C. § 1406(a) (providing that a district court may transfer a case if venue is lacking in the district court in which the case was filed); *Stelly v. Emps. Nat'l Ins. Co.*, 431 F.2d 1251, 1253 (5th Cir. 1970) (holding that an order transferring a case under 28 U.S.C. § 1406(a) is interlocutory and non-appealable); *Middlebrooks v. Smith*, 735 F.2d 431, 433 (11th Cir. 1984) (explaining that a transfer order is not immediately appealable under the collateral order doctrine).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  All pending motions are DENIED as moot.  No petition for rehearing may be filed unless it complies with the timing

23-14178               Opinion of the Court                    3

and other requirements of 11th Cir. R. 40-3 and all other applicable rules.